# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00385-CR

---

**Joseph Pastquinel Scott, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 426TH DISTRICT COURT OF BELL COUNTY
### NO. 75561, THE HONORABLE FANCY H. JEZEK, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Joseph Pastquinel Scott seeks to appeal his judgment of conviction and sentence for aggravated sexual assault. *See* Tex. Penal Code § 22.021(a)(2)(B). The trial court has certified that this is a plea-bargain case for which Scott has no right of appeal and that Scott has waived his right to appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Triana and Smith

Dismissed for Want of Jurisdiction

Filed:   September 30, 2022

Do Not Publish